# EXHIBIT A


**CALIBER HOME LOANS**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

August 26, 2014

a-759-58940-0000316-001-1-000-000-000-000

REBECCA L WILSON
JUSTIN M WILSON
4933 BREHOB RD
INDIANAPOLIS IN 46217-3501

# NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new owner. This Notice is to inform you that the prior owner has sold your loan (described below) to LSF9 Mortgage Holdings, LLC, the new owner on July 17, 2014. The assignment, sale or transfer of the mortgage loan does not affect any term or condition of the mortgage instruments or the servicing of your mortgage loan.

NOTE: While LSF9 Mortgage Holdings, LLC now owns your loan, it is not the servicer of your loan. The servicer (identified below) acts on the new owner's behalf to handle the ongoing administration of your loan, including the collection of mortgage payments. Please continue to send your mortgage payments as directed by the servicer, and NOT to the new owner. Payments sent to the new owner and not to the servicer may result in late charges and your account becoming past due. Neither the new owner nor the servicer is responsible for late charges or other consequences of any misdirected payment. If the servicing of your mortgage loan is transferred, you will receive a separate notice as required by law.

Should you have any questions regarding your loan, please contact the servicer using the contact information below. The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform us of your request and communicate to you any decision with respect to such request.

**LOAN INFORMATION**
Date of Loan: May 10, 2010
Account Number: 
Original Amount of Loan: $127,645.00
Date Your Loan was Sold to the New Owner: July 17, 2014
Address of Mortgaged Property: 4933 BREHOB RD, INDIANAPOLIS IN 46217

**SERVICER INFORMATION**
Name: Caliber Home Loans, Inc.
Payment Mailing Address: P.O. Box 650856, Dallas, TX 75265
Correspondence Address: 13801 Wireless Way, Oklahoma City, OK 73134
Telephone Number (Toll free): 1-800-401-6587
Business Hours: 8:00 a.m. - 7:00 p.m., Central Time, Monday through Friday
Website: www.caliberhomeloans.com

**NEW OWNER INFORMATION**
Name: LSF9 Mortgage Holdings, LLC
Mailing Address (not for payments): c/o Caliber Home Loans, Inc., as Servicer, 13801 Wireless Way, Oklahoma City, OK 73134
Telephone Number (Toll free): 1-888-248-5075

The transfer of the lien associated with your loan is currently recorded, or in the future may be recorded, in the public records of the local County Recorder's office for the county where your property is located. If checked ☒, ownership of your loan may also be recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.

4:53/404      20120702

**CALIBER HOME LOANS**

FOR RETURN SERVICE ONLY
PO BOX 619063
DALLAS, TX 75063-9063

5-759-58996-0000209-001-1-000-010-000-000

REBECCA L WILSON
JUSTIN M WILSON
4933 BREHOB RD
INDIANAPOLIS IN 46217-3501

August 29, 2014



Caliber Account Number: 
Prior Servicer Account Number: 6298224
Property Address: 4933 BREHOB RD
INDIANAPOLIS, IN 46217

### *** IMPORTANT INFORMATION REGARDING THE SERVICING OF YOUR MORTGAGE LOAN ***

Dear Borrower(s):

Welcome to Caliber Home Loans, Inc.! On August 22, 2014, the servicing of your mortgage loan transferred from PNC MORTGAGE to Caliber Home Loans, Inc. Enclosed is important information required by law to be provided to you relating to your account and the transfer of the servicing of your mortgage loan.

The transfer of servicing of your mortgage loan to Caliber will not affect any term or condition of your mortgage. However, if you have any optional insurance products such as life or disability insurance, those products will not transfer.

To register for automatic payments (ACH) and electronic statements: All payments due on or after August 22, 2014 should be sent to Caliber Home Loans, Inc. If your monthly payments to PNC MORTGAGE were automatically withdrawn from your bank account, that service has been discontinued and automatic payments must be reestablished with Caliber. To start automatic payments to Caliber or to receive electronic statements, visit us at www.CaliberHomeLoans.com and click the "Sign Up" link on the top right corner of the home page. Once you register, log in to manage your account settings. Please note that initial ACH processing may take up to 30 calendar days.

To make payments by mail: Please send your check or money order to the following address:

Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

To contact Caliber: If you have any questions, please visit: www.CaliberHomeLoans.com and click on "Contact Us" at the top right corner of the home page. You may also call . We look forward to servicing your loan and providing you with excellent service.

Sincerely,

*Martha Ellis*

Martha Ellis, Senior Vice President
Caliber Home Loans, Inc

THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A CONSUMER DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

759-2032-0114F

## TEMPORARY PAYMENT COUPON

Checks and money orders should be payable to Caliber Home Loans, Inc.

Caliber Account Number: 
Prior Servicer Account Number: 

Payments should be mailed to:

Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856



**CALIBER HOME LOANS**
P.O. Box 24610
Oklahoma City, OK 73124-0610



## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective August 22, 2014. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

PNC MORTGAGE is now collecting your payments. PNC MORTGAGE, will stop accepting payments received from you after August 21, 2014.

Caliber Home Loans, Inc. will collect your payments going forward. Your new servicer will start accepting payments received from you on August 22, 2014.

**Send all payments due on or after August 22, 2014 to Caliber Home Loans, Inc., at this address: P.O. Box 650856 Dallas, TX 75265-0856.**

If you have any questions for either your present servicer, PNC MORTGAGE or your new servicer, Caliber Home Loans, about your mortgage loan or this transfer, please contact them using the information below:

| Current Servicer: | New Servicer: |
|---|---|
| PNC MORTGAGE | Caliber Home Loans |
| Customer Service | Customer Service |
| 800-822-5626 | 1-800-570-6768 |
| 3232 NEWMARK CENTER DRIVE | P.O. Box 24610 |
| MIAMISBURG, OH 45342 | Oklahoma City, OK 73124 |

Important note about insurance: Premiums for mortgage life, accidental death, or disability insurance will not be transferred to Caliber Home Loans, Inc. and will be discontinued. Please contact the provider of the optional insurance or other membership product(s) directly regarding your continuation privileges, if applicable.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Caliber Home Loans, Inc.  8/29/14