# EXHIBIT B

## Mortgage Statement
Statement Date: 09/05/2014

If you have questions or concerns about your statement, please contact us at 1-800-401-6587 between the hours of 8:00am and 7:00pm Monday through Friday (CST).

Email us at customerservice@CaliberHomeLoans.com or visit our website at http://www.caliberhomeloans.com.

8-759-59096-0017498-004-1-001-110-000-000

REBECCA L WILSON
JUSTIN M WILSON
4933 BREHOB RD
INDIANAPOLIS IN 46217-3501

| Account Number | |
|---|---|
| Payment Due Date | 10/01/14 |
| **Amount Due** | **$23,669.87** |

If payment is received after 10/16/14, a $0.00 late fee will be charged.

Property Address: 4933 BREHOB RD
INDIANAPOLIS IN 46217

### Account Information

| | |
|---|---|
| Outstanding Principal | $122,076.36 |
| Interest Rate | 5.25000% |
| Prepayment Penalty | No |
| Deferred Fees | $0.00 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Deferred Escrow | $0.00 |
| Unapplied Funds | $0.00 |
| Maturity Date | 06/01/2040 |
| Current Escrow Balance | ($4,756.72) |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $183.14 |
| Interest | $521.73 |
| Escrow (Taxes, Insurance, or PMI) | $474.19 |
| Optional Products | $0.00 |
| Ancillary | $0.00 |
| **Regular Monthly Payment** | **$1,179.06** |
| Past Due Amount | $18,864.96 |
| Total Fees Charged | $2,886.13 |
| Uncollected Late Charges | $739.72 |
| **Total Amount Due** | **$23,669.87** |

### Delinquency Notice

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 09/05/2014, you are 451 days delinquent on your mortgage.
Payment due 04/01/14: Unpaid balance of $1,207.25
Payment due 05/01/14: Unpaid balance of $1,207.25
Payment due 06/01/14: Unpaid balance of $1,207.25
Payment due 07/01/14: Unpaid balance of $1,207.25
Payment due 08/01/14: Unpaid balance of $1,207.25
Payment due 09/01/14: Unpaid balance of $1,179.06
Current payment due 10/01/14 - $1,179.06
Total Payment Due: $23,669.87

### Past Payments Breakdown:

| | Paid Last Month | Paid Year-To-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes, Insurance, or PMI) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Unapplied Balance | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Transaction Activity (08/06/14 - 09/05/14)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08-28-2014 | Fcl Certified Mail Cost | $5.13 | |
| 08-28-2014 | Fcl Attorney Fees | $600.00 | |
| 08-28-2014 | Fcl Posting of Sale Cos | $1.00 | |
| 08-28-2014 | Fcl Title Fees | $75.00 | |
| 08-28-2014 | Bkr Attorney Fees - Ch | $650.00 | |
| 08-28-2014 | Fcl Posting of Sale Cos | $176.00 | |
| 08-28-2014 | Fcl Attorney Fees | $750.00 | |

### Important Messages

This is an attempt by a debt collector to collect a consumer debt and any information obtained will be used for that purpose.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

We show that your loan has been referred to Foreclosure.

---

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION

REBECCA L WILSON
JUSTIN M WILSON
4933 BREHOB RD
INDIANAPOLIS IN 46217-3501

| Account Number | Regular Payment | Past Due | Amount Due by 10/01/14 |
|---|---|---|---|
| 9603586750 | $1,179.06 | $18,864.96 | **$23,669.87** If payment is received after 10/16/14, $0.00 late fee will be charged. |

Check here and see reverse for address correction.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Enclosed | $ |

CALIBER HOME LOANS, INC.
P.O. BOX 650856
DALLAS, TX 75265-0856

9803586750000000001179060000018864960000000023669872



**Mortgage Statement**
Statement Date: 09/05/2014

If you have questions or concerns about your statement, please contact us at 1-800-401-6587 between the hours of 8:00am and 6:00pm Monday through Friday (CST).

Email us at customerservice@CaliberHomeLoans.com or visit our website at http://www.caliberhomeloans.com.

| Account Number | |
|---|---|
| Payment Due Date | 10/01/14 |
| **Amount Due** | **$23,669.87** |

*If payment is received after 10/16/14, a $0.00 late fee will be charged.*

8-759-59099-0017498-004-2-001-110-000-000

REBECCA L WILSON
JUSTIN M WILSON
4933 BREHOB RD
INDIANAPOLIS IN 46217-3501

CALIBER HOME LOANS
RETURN SERVICE ONLY
Please do not send mail to this address
PO Box 619063
Dallas TX 75261-9063

## Transaction Activity (08/06/14 - 09/05/14)   (Continued)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08-28-2014 | Fcl Posting of Sale Cos | $279.00 | |
| 08-28-2014 | Title Search | $350.00 | |