JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Rebecca Ashack ; | Caliber Home Loans, Inc. ; |
| **County of Residence:** Marion County | **County of Residence:** Marion County |

**County Where Claim For Relief Arose:** Marion County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Attorney Syed Ali Saeed (Rebecca Ashack) | |
| Saeed & Little, LLP | |
| 1433 N Meridian St | |
| Indianapolis, Indiana 46202 | |
| **Phone:** 3177219214 | |
| **Fax:** 888-422-3151 | |
| **Email:** ali@sllawfirm.com | |

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
- **Plaintiff:** N/A
- **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions

**Cause of Action:** Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. and the Telephone Consumer Protect Act, 47 U.S.C. § 227 et. seq.

**Requested in Complaint**
- **Class Action:** Class Action Under FRCP23
- **Monetary Demand (in Thousands):**
- **Jury Demand:** Yes
- **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** s/s: Syed Ali Saeed

**Date:** 07/09/2015

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.