IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC.,<br><br>          Defendant. | NO. 1:15-cv-01069-JMS-DML<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY JENNIFER RUST MURRAY

Syed Ali Saeed of the law firm Saeed & Little, LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Jennifer Rust Murray of Terrell Marshall Daudt & Willie PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Rebecca Ashack in the above-styled cause only.  In support of this motion, the undersigned states:

    1.    The Certification of Jennifer Rust Murray, as required by S.D. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.    A check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been mailed to the Clerk of this Court.

2

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order granting Jennifer Rust Murray leave to appear *pro hac vice* for purposes of this cause only.

Dated:  July 15, 2015                                    SAEED & LITTLE, LLP


                                            By: s/s:  Syed Ali Saeed
                                                Syed Ali Saeed (#28759-49)
                                                1433 N. Meridian Street, Suite 202
                                                Indianapolis, Indiana  46202
                                                Telephone: (317) 614-5741
                                                Facsimile:  (888) 422-3151
                                                Email:  ali@sllawfirm.com

CERTIFICATE OF SERVICE

  I, Syed Ali Saeed, hereby certify that on July 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Defendant*

Dated:  July 15, 2015       SAEED & LITTLE, LLP


             By: _____
              Syed Ali Saeed (#28759-49)
              1433 N. Meridian Street, Suite 202
              Indianapolis, Indiana  46202
              Telephone: (317) 614-5741
              Facsimile:  (888) 422-3151
              Email:  ali@sllawfirm.com