IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIBER HOME LOANS, INC.,<br><br>        Defendant. | NO. 1:15-cv-01069-JMS-DML<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel, Beth E. Terrell of Terrell Marshall Daudt & Willie PLLC, respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Rebecca Ashack in the above-styled cause only. In support of this motion, the undersigned states:

1.    I am admitted to practice in the following states and federal jurisdictions:

    State Bar of California, admitted December 1, 1995;

    Washington State Bar Association, admitted May 21, 1997;

    U.S. District Court, Western District of Washington, admitted July 28, 1997;

    U.S. District Court, Eastern District of Washington, admitted January 12, 2001;

    U.S. District Court, Northern District of California, admitted April 5, 2005;

    U.S. District Court, Central District of California, admitted March 30, 2009;

    U.S. District Court, Eastern District of California, admitted September 24, 2010;

    U.S. District Court, Southern District of California, admitted September 20, 2011;

    Ninth Circuit Court of Appeals, admitted January 22, 2001;

    Tenth Circuit Court of Appeals, admitted March 23, 2012; and

    Seventh Circuit Court of Appeals, admitted Mary 31, 2015.

  2.  I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

  3.  I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

  4.  I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

  WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: July 15, 2015.    Respectfully submitted,

        TERRELL MARSHALL DAUDT
         & WILLIE PLLC

By: _____
  Beth E. Terrell
  936 North 34th Street, Suite 400
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603
  Facsimile: (206) 350-3528
  Email: bterrell@tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on July 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    No Appearances

    *Attorneys for Defendant*

Dated:  July 15, 2015

TERRELL MARSHALL DAUDT
  & WILLIE PLLC

By: _____
    Beth E. Terrell
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile:  (206) 350-3528
    Email:  bterrell@tmdwlaw.com