IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIBER HOME LOANS, INC.,<br><br>             Defendant. | NO. 1:15-cv-01069-JMS-DML<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned counsel, Mary B. Reiten of Terrell Marshall Daudt & Willie PLLC, respectfully moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Rebecca Ashack in the above-styled cause only.  In support of this motion, the undersigned states:

1.      I am admitted to practice in the following states and federal jurisdictions:

Alaska Bar Association (inactive), admitted November 9, 1998;

State Bar of California, admitted December 1, 1999;

Washington State Bar Association, admitted June 10, 2003;

U.S. District Court, Northern District of California, admitted December 6, 1999;

U.S. District Court, Western District of Washington, admitted July 18, 2003;

U.S. District Court, Central District of California, admitted June 5, 2009;

U.S. District Court, Southern District of California, admitted April 22, 2014; and

Ninth Circuit Court of Appeals, admitted January 11, 2000.

  2. I am not currently the subject of any professional disciplinary sanction, proceeding or investigation in any jurisdiction.

  3. I certify that I will abide by the Seventh Circuit Standards of Professional Conduct.

  4. I have presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

  WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: July 15, 2015.      Respectfully submitted,

           TERRELL MARSHALL DAUDT
             & WILLIE PLLC

           By: _____
             Mary B. Reiten
             936 North 34th Street, Suite 400
             Seattle, Washington 98103-8869
             Telephone: (206) 816-6603
             Facsimile: (206) 350-3528
             Email: mreiten@tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Mary B. Reiten, hereby certify that on July 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>No Appearances
>
>*Attorneys for Defendant*

Dated:  July 15, 2015.                     Respectfully submitted,

>TERRELL MARSHALL DAUDT
>  & WILLIE PLLC
>
>By: _____
>  Mary B. Reiten
>  936 North 34th Street, Suite 400
>  Seattle, Washington  98103-8869
>  Telephone:  (206) 816-6603
>  Facsimile:  (206) 350-3528
>  Email:  mreiten@tmdwlaw.com

3