IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

REBECCA ASHACK, individually and on
behalf of all others similarly situated,

                    Plaintiff,

    v.

CALIBER HOME LOANS, INC.,

                    Defendant.

NO. 1:15-cv-01069-JMS-DML

**JURY TRIAL DEMANDED**

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY BETH E. TERRELL**

Syed Ali Saeed of the law firm Saeed & Little, LLP, pursuant to S. D. Ind. Local Rule

83-6(a), hereby moves this Court for an Order granting Beth E. Terrell of Terrell Marshall Daudt

& Willie PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf

of Plaintiff Rebecca Ashack in the above-styled cause only.  In support of this motion, the

undersigned states:

      1.      The Certification of Beth E. Terrell, as required by S.D. Local Rule 83-6(b), is

attached hereto as Exhibit A.

      2.      A check in the amount of Thirty Dollars ($30.00) in payment of the administrative

fees required to process this motion for admission *pro hac vice* has been mailed to the Clerk of

this Court.

2

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order

granting Beth E. Terrell leave to appear *pro hac vice* for purposes of this cause only.

Dated:  July 20, 2015                              SAEED & LITTLE, LLP


By:  /s/:  Syed Ali Saeed
      Syed Ali Saeed (#28759-49)
      1433 N. Meridian Street, Suite 202
      Indianapolis, Indiana  46202
      Telephone: (317) 614-5741
      Facsimile:  (888) 422-3151
      Email:  ali@sllawfirm.com

<u>CERTIFICATE OF SERVICE</u>

I, Syed Ali Saeed, hereby certify that on July 20, 2015, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

*Attorneys for Defendant*

Dated:  July 20, 2015                                        SAEED & LITTLE, LLP

                                        By:  /s/:  Syed Ali Saeed
                                            Syed Ali Saeed (#28759-49)
                                            1433 N. Meridian Street, Suite 202
                                            Indianapolis, Indiana  46202
                                            Telephone: (317) 614-5741
                                            Facsimile:  (888) 422-3151
                                            Email:  ali@sllawfirm.com