IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CALIBER HOME LOANS, INC., )<br>)<br>Defendant. ) | Cause No. 1:15-CV-1069-JMS-DML |

**MOTION TO ADMIT J. PATRICK CORRIGAN *PRO HAC VICE***

Defendant Caliber Home Loans, Inc. ("Caliber") moves the Court to admit J. Patrick Corrigan of the law firm of Perkins Coie LLP *pro hac vice*. In support of this Motion, the undersigned counsel shows the Court:

1. Mr. Corrigan is a lawyer with the law firm of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212. He seeks to appear as co-counsel with the undersigned as counsel for Caliber.

2. Mr. Corrigan is currently licensed to practice in the State of California, and has been admitted and is in good standing with the bar of the State of California since 2005. He has also been admitted and is in good standing in the following courts:

- District Court for the Northern District of California
- District Court for the Central District of California
- District Court for the District of Colorado
- Court of Appeals for the Federal Circuit
- Court of Appeals for the Second Circuit

Mr. Corrigan is not currently, and has never been, disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, and he has never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to his conduct or fitness as a member of the bar.

3.  Pursuant to S.D. Ind. L.R. 83-6(a)(3), Mr. Corrigan hereby certifies that he has reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of this Court, including the Rules of Disciplinary Enforcement, and will abide by these rules. The required fee of $30.00 is being paid to the Clerk of this Court along with the filing of this Motion.

WHEREFORE, Caliber respectfully requests that this Court admit J. Patrick Corrigan of the law firm of Perkins Coie LLP *pro hac vice* to participate as Caliber's co-counsel with the law firm of Barnes & Thornburg LLP, and for all other appropriate relief.

Dated: August 6, 2015

/s/ *Edward M. Smid*
Michael H. Gottschlich (#22668-49)
Edward M. Smid (#30134-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone: 317/236-1313
Fax: 317/231-7433
mgottschlich@btlaw.com
Edward.Smid@btlaw.com

*Attorneys for Defendant*

## CERTIFICATION

Pursuant to Local Rule 83-6(a)(3), J. Patrick Corrigan certifies that the foregoing statements are true, that he has reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of this Court, including the Rules of Disciplinary Enforcement, and that he will abide by those rules.

August 4, 2015

_____
J. Patrick Corrigan

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Beth E. Terrell<br>Jennifer R. Murray<br>Marry B. Reiten<br>Terrell Marshall Daudt & Willie PLLC<br>bterrell@tmdwlaw.com<br>jmurray@tmdwlaw.com<br>mreiten@tmdwlaw.com | Syed Ali Saeed<br>Saeed & Little LLP<br>ali@sllawfirm.com |

*/s/ Edward M. Smid*

INDS01 1523718v1

4