IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CALIBER HOME LOANS, INC.,<br><br>    Defendant. | NO. 1:15-cv-01069-JMS-DML<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Jane E. Magnus-Stinson |

## ORDER GRANTING JOINT MOTION TO DISMISS ONE OF PLAINTIFF'S CLAIMS UNDER RULE 41

1. The Court has considered the Parties' joint motion to dismiss one of Plaintiff's claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Having considered the motion, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this joint motion is hereby GRANTED. Plaintiff's FDCPA claim is hereby DISMISSED WITH PREJUDICE, with each party responsible for its own attorneys' fees and costs.

Date: February 19. 2016

             _____
             Hon. Jane Magnus-Stinson, Judge
             United States District Court
             Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system