**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CALIBER HOME LOANS, INC., )<br>)<br>Defendant. ) | Cause No. 1:15-CV-1069-JMS-DML |

**MOTION TO ADMIT DONNA STRAIN *PRO HAC VICE***

Edward M. Smid of the law firm Barnes & Thornburg LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Donna Strain of the law firm Perkins Coie LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of defendant Caliber Home Loans, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Donna Strain, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as <u>Exhibit A</u>.

2. Electronic payment in the amount of $100.00 in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Donna Strain leave to appear *pro hac vice* as counsel for defendant Caliber Home Loans, Inc.

| | |
|---|---|
| Dated: August 16, 2016 | /s/ Edward M. Smid |
| | Michael H. Gottschlich (#22668-49) |
| | Edward M. Smid (#30134-49) |
| | BARNES &THORNBURG LLP |
| | 11 South Meridian Street |
| | Indianapolis, Indiana 46204 |
| | Phone: 317/236-1313 |
| | Fax: 317/231-7433 |
| | mgottschlich@btlaw.com |
| | Edward.Smid@btlaw.com |
| | |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward M. Smid

DMS 4265221v1