IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIBER HOME LOANS, INC.,<br><br>    Defendant. | NO. 1:15-cv-01069-JMS-DML<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Jane E. Magnus-Stinson |

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**

TO: THE CLERK OF THE COURT; and
TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  You are hereby notified that Plaintiff has filed a motion requesting attorneys' fees, costs and service awards. Plaintiff's counsel will appear on Wednesday, May 31, 2017, at 10:00 a.m., in front of Judge Jane E. Magnus-Stinson in Courtroom 307 of the Birch Bayh Federal Building & U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana, 46204, to present such to the Court.

Dated:  March 27, 2017                        Respectfully submitted,

                                              TERRELL MARSHALL LAW GROUP PLLC

                                              By: /s/Jennifer Rust Murray, *Admitted Pro Hac Vice*
                                                   Beth E. Terrell, *Admitted Pro Hac Vice*
                                                   Jennifer Rust Murray, *Admitted Pro Hac Vice*
                                                   Mary B. Reiten, *Admitted Pro Hac Vice*
                                                   936 North 34th Street, Suite 300
                                                   Seattle, Washington  98103-8869
                                                   Telephone:  (206) 816-6603
                                                   Facsimile:  (206) 319-5450
                                                   Email:  bterrell@terrellmarshall.com
                                                   Email:  jmurray@terrellmarshall.com
                                                   Email:  mreiten@terrellmarshall.com

                                                   Ryan R. Frasher
                                                   THE FRASHER LAW FIRM, P.C.
                                                   155 East Market Street, Suite 450
                                                   Indianapolis, Indiana  46204
                                                   Telephone:  (317) 634-5544
                                                   Facsimile:  (317) 630-4824
                                                   Email:  rfrasher@frasherlaw.com

                                                   Syed Ali Saeed
                                                   Jeff Neuenschwander, #27980-49
                                                   SAEED & LITTLE, LLP
                                                   1433 North Meridian Street, Suite 202
                                                   Indianapolis, Indiana  46202
                                                   Telephone:  (317) 614-5741
                                                   Facsimile:  (888) 422-3151
                                                   Email:  ali@sllawfirm.com
                                                   Email:  jeff@sllawfirm.com

                                            *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I, Jennifer Rust Murray, hereby certify that on March 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael H. Gottschlich, #22668-49
>Edward M. Smid, #30134-49
>BARNES & THORNBURG LLP
>11 South Meridian Street
>Indianapolis, Indiana 46204
>Telephone:  (317) 236-1313
>Facsimile:  (317) 231-7433
>Email:  mgottschlich@btlaw.com
>Email:  edward.smid@btlaw.com
>
>David T. Biderman, *Admitted Pro Hac Vice*
>PERKINS COIE LLP
>1888 Century Park East, Suite 1700
>Los Angeles, California 90067-1721
>Telephone:  (310) 788-9900
>Facsimile:  (310) 788-3399
>Email:  dbiderman@perkinscoie.com
>
>Donna Strain, *Admitted Pro Hac Vice*
>PERKINS COIE LLP
>505 Howard Street, Suite 1000
>San Francisco, California  94105
>Telephone: (415) 344-7000
>Facsimile:  (415) 344-7050
>Email:  dstrain@perkinscoie.com
>
>*Attorneys for Defendant*

DATED this 27th day of March, 2017.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/Jennifer Rust Murray
          Jennifer Rust Murray, *Admitted Pro Hac Vice*
          936 North 34th Street, Suite 300
          Seattle, Washington 98103-8869
          Telephone: (206) 816-6603
          Facsimile: (206) 319-5450
          Email: jmurray@terrellmarshall.com

        *Attorneys for Plaintiff*