UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA ASHACK, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.,<br><br>*Defendant*. | No. 1:15-cv-01069-JMS-DML |

## MINUTE ENTRY

On May 31, 2017, the Court held a Fairness Hearing in this matter and a hearing on Plaintiffs' Motion for Attorneys' Fees, Costs and Service Awards, [Filing No. 86], and Plaintiffs' Unopposed Motion for Final Approval of Class Settlement, [Filing No. 93]. Plaintiff Rebecca Ashack was present by counsel Ryan Frasher and Syed Saeed. Defendant Caliber Home Loans, Inc. ("Caliber") was present by counsel Edward Smid, David Biderman, Donna Strain, Michael Gottschlich (telephonically), and Caliber's Deputy General Counsel, Chris Bass. The court reporter was Jean Knepley. Also present was the sole Objector to the settlement, David Tharp.

The Court heard argument from counsel regarding the fairness of the class action settlement in this matter, and regarding Plaintiffs' Motion for Attorneys' Fees, Costs and Service Awards. Mr. Tharp was sworn in, and provided testimony regarding the basis for his Objection.

At the conclusion of the hearing, the Court **ORDERED** Plaintiffs' counsel to file a Report by **June 7, 2017** setting forth Plaintiffs' counsel's lodestar calculation reflecting attorneys' fees and costs incurred up to the mediation that took place in this matter. The Court took the pending motions, [Filing No. 86; Filing No. 93], **UNDER ADVISEMENT**.

Date: June 1, 2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**